IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN S. BELLAND JR.,<br><br>Defendant. | Case No. 12-CV-418-wmc |

**DEFAULT JUDGMENT**

It appearing by the declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendant's default is hereby entered.

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration in all accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of the plaintiff, United States of America, and against the defendant, John S. Belland Jr., as follows:

| | | | |
|---|---|---|---|
| A. | Principal | | $2,815.65 |
| | Interest through 8/9/2011 | | $1,634.24 |
| | Interest from 8/10/2011 through 8/29/2012 | | $ 150.54 |
| | TOTAL | | $4,600.43 |

together with interest thereon at the rate of 5% per annum until the date judgment is entered.

| | | | |
|---|---|---|---|
| B. | Principal | | $2,907.96 |
| | Interest through 8/9/2011 | | $1,446.89 |
| | Interest from 8/10/2011 through 8/29/2012 | | $ 100.96 |
| | TOTAL | | $4,455.81 |

together with interest at a variable rate until the date judgment is entered, which was 3.31% until June 30, 2012, and is currently 3.34% until June 30, 2013.

| | | | |
|---|---|---|---|
| C. | Principal | | $12,304.56 |
| | Interest through 8/9/2011 | | $ 7,275.78 |
| | Interest from 8/10/2011 through 8/29/2012 | | $ 425.20 |
| | TOTAL | | $20,005.54 |

together with interest at a variable rate until the date judgment is entered, which was 3.27% until June 30, 2012, and is currently 3.29% until June 30, 2013.

| | | |
|---|---|---:|
| D. | Principal | $54,958.88 |
| | Interest through 8/9/2011 | $30,675.01 |
| | Interest from 8/10/2011 through 8/29/2012 | $ 1,836.50 |
| | TOTAL | $87,470.39 |

together with interest at a variable rate until the date judgment is entered, which was 3.16% until June 30, 2012, and is currently 3.19% until June 30, 2013.

| | | |
|---|---|---:|
| E. | Principal | $41,765.60 |
| | Interest through 8/9/2011 | $22,542.03 |
| | Interest from 8/10/2011 through 8/29/2012 | $ 1,395.86 |
| | TOTAL | $65,703.49 |

together with interest at a variable rate until the date judgment is entered, which was 3.16% until June 30, 2012, and is currently 3.19% until June 30, 2013, a civil filing fee of $350.00, plus interest on the judgment at the legal rate until satisfaction of the debt.

Dated this _4th_ day of _September_, 2012.

_Peter Oppeneer_
PETER OPPENEER
Clerk of Court

Dated this _____ day of _____, 2012.

PETER OPPENEER
Clerk of Court

By:
_____
Deputy Clerk of Court