IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case No. 12-CV-00418

v.

JOHN BELLAND JR.,

        Defendant,
and

AURORA HEALTH CARE,

        Garnishee Defendant.

---

### ORDER GRANTING APPLICATION FOR
### WRIT OF CONTINUING GARNISHMENT

---

Upon reviewing the application for writ of continuing garnishment filed with this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment to the garnishee defendant, and its successors or assigns.

Entered this _11th_ day of _February_, 2015.

                                            BY THE COURT:

                                            _____
                                            WILLIAM M. CONLEY
                                            United States District Judge