IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 12-cv-418-wmc

JOHN BELLAND JR.,

    Defendant,
and

AURORA HEALTH CARE,

    Garnishee Defendant.

---

### ORDER TERMINATING GARNISHMENT

Upon the motion of the United States of America requesting termination of the garnishment in the above-entitled matter based on defendant having terminated his employment with the garnishee defendant,

IT IS HEREBY ORDERED that the garnishment is terminated and the garnishee defendant is released from any further obligation in this case.

Entered this 27th day of April, 2021.

BY THE COURT:

_____
WILLIAM M. CONLEY
United States District Judge